STATE of Missouri, Respondent,

v.

Rubin BOWDEN, Appellant.

No. WD 53740.

Missouri Court of Appeals,
Western District.

Feb. 3, 1998.

Ellen H. Flottman, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David R. Truman, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and BRECKENRIDGE and HANNA, JJ.

ORDER

PER CURIAM.

The defendant, Rubin Bowden, was charged with murder in the first degree and armed criminal action. After a trial in the circuit court of Jackson County, a jury found the defendant guilty of murder in the second degree, § 565.020, RSMo 1994, and armed criminal action, § 571.015.1, RSMo 1994. The court sentenced the defendant to concurrent terms, after determining that he was a prior offender pursuant to § 558.016, RSMo 1994, to 22 years imprisonment for murder in the second degree and 20 years imprisonment for armed criminal action. We affirm. Rule 30.25(b), V.A.M.R.

STATE of Missouri, Respondent,

v.

Carl L. ANDERSON, Appellant.

No. WD 53925.

Missouri Court of Appeals,
Western District.

Feb. 3, 1998.

Kent Denzel, Asst. Public Defender, Columbia, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SPINDEN, LAURA DENVIR STITH and EDWIN H. SMITH, JJ.

ORDER

PER CURIAM.

Carl L. Anderson appeals the circuit court's judgment convicting him of first degree assault and armed criminal action. We affirm. Rule 30.25(b).